IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA BLEJEWSKI,<br><br>Plaintiff,<br><br>v.<br><br>BUMKINS FINER BABY PRODUCTS, INC.,<br><br>Defendant. | Civil Action No. 3:22-cv-00375-OAW |

## **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Barbara Blejewski filed the above-referenced case against Defendant Bumkins Finer Baby Products, Inc. on March 11, 2022.

2. Whereas Defendant has not yet filed an answer in this action, and thus dismissal is appropriate without Court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.


Dated: November 16, 2022　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　*/s/ Jason M. Leviton*
　　　　　　　　　　　　　　　　　　　　Jason M. Leviton, Esq. (CT31168)
　　　　　　　　　　　　　　　　　　　　jason@blockleviton.com
　　　　　　　　　　　　　　　　　　　　**BLOCK & LEVITON LLP**
　　　　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Telephone: (617) 398-5600

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Barbara Blejewski*

## **CERTIFICATE OF SERVICE**

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 16th day of November, 2022.

                                                    */s/ Jason M. Leviton*
                                                    Jason M. Leviton